OLGA P. ALEXANDER, Appellant, v. Mrs. E. M. KISSACK, Respondent, Impleaded with Others.— Order granting motion of defendant-respondent for judgment on the pleadings dismissing the complaint, on the ground that the action was not commenced against said defendant within three years from the date of the accident complained of, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ. [159 Misc. 496.]

UNITED STATES HAT COMPANY OF NEW YORK, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Order granting defendant's cross-motion for summary judgment dismissing plaintiff's first cause of action, and the judgment entered thereon, affirmed, with costs. No opinion. (Martin, P. J., and O'Malley, J., dissent and vote to reverse and deny said cross-motion.) Order denying plaintiff's motion for summary judgment upon the first cause of action unanimously affirmed. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

In the Matter of the Application of MICHAEL J. GRIFFIN for Reinstatement to the Bar.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE ALLBRITE LAUNDRY CORPORATION and STOCK MANAGEMENT CORPORATION v. PRETTY FAMILY LAUNDRY, INC., and Others.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer and Dore, JJ.

BETH ISRAEL HOSPITAL ASSOCIATION and Others, Respondents, v. ROBERT MOSES, Commissioner of Parks, and THE CITY OF NEW YORK, Appellants.— We think that the question whether or not the dedication of the land known as Stuyvesant Park for park purposes excluded the use thereof for a modern playground should await determination upon the trial. Order granting plaintiffs' motion for an injunction *pendente lite* unanimously affirmed, without costs, and the trial set peremptorily for May 25, 1936, at the head of the calendar. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

PENNSYLVANIA-DIXIE CEMENT CORPORATION, Appellant, v. BEATRICE EDEL-MAN, Respondent.— Order granting defendant's cross-motion for summary judgment dismissing the complaint on the merits, and the judgment entered thereon, and order denying plaintiff's motion to strike out the answer and for summary judgment, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

HARRY ADLMAN, Respondent, v. SAMUEL SOBEL and Others, Defendants, Impleaded with ALLEN L. GOLDFINE, Appellant.— Order denying motion of defendant-appellant to vacate certain portions of a subpœna *duces tecum* unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.